UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.  10-CV-3010 PAM/JJG

| | | |
|---|---|---|
| Zai Chun Chen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| Scott Baniecke,  Saint Paul Office | ) | |
| Director, U.S. Immigration & Customs | ) | |
| Enforcement, et al., | ) | |
| | ) | |
| Respondents.) | | |

Pursuant to the Stipulation to Dismiss without Prejudice, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition of Petitioner Zai Chun Chen is hereby dismissed without prejudice, each party to bear its own attorney's fees, costs, and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 15, 2010


 s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge